# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BLUE STAR SPORTS HOLDINGS, INC. § | |
| § | |
| v.   § | Civil Action No.  4:22cv98 |
| § | Judge Mazzant |
| FEDERAL INSURANCE COMPANY   § | |

## ORDER ON CLOSING DOCUMENTS

The Court has been notified by the parties, through counsel, that all claims in the above-styled civil action have been settled.

Therefore, it is ORDERED that, on or before *July 31, 2023,* all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court.  If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

The July 10, 2023 Jury Selection and Trial of this case are CANCELLED.

**IT IS SO ORDERED.**
 **SIGNED this 5th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE