# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| BLUE STAR SPORTS HOLDINGS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 4:22-cv-098-ALM |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

Before the Court is Plaintiff Blue Star Sports Holdings, Inc. and Defendant Federal Insurance Company's Joint Stipulation of Dismissal.  The Court acknowledges the stipulation and ORDERS that all claims and counterclaims are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the parties will bear their own costs.

**IT IS SO ORDERED.**
**SIGNED this 24th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE